No. 91–5777.  PARKINSON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 91–5785.  WOOD *v.* METROPOLITAN LIFE INSURANCE CO. C. A. 7th Cir.  Certiorari denied.

No. 91–5866.  WILLIAMS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–5888.  JOHNSON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–5893.  LONDON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5936.  VAN TASSEL *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 91–5968.  LONG *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6017.  SHOUP *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6085.  WEST *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–6093.  WHITSEL *v.* NIX, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 91–6110.  DOKES *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS.  C. A. 8th Cir.  Certiorari denied.

No. 91–6150.  HOOPER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–6161.  GREEN, AKA LANCASTER *v.* DEEDS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–6174.  LADNER *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 91–6178.  MARTIN *v.* KNOX ET AL.  C. A. 3d Cir.  Certiorari denied.